```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 08123
   LATACHIA G KINARD
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-8352
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/03/04 and confirmed on 04/29/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 27444.98 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN GENERAL FINANCE | SECURED | 500.00 | 30.11 | 500.00 |
| HSBC AUTO FINANCE | SECURED | 9550.00 | 2897.12 | 9550.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 2164.53 | .00 | 1057.17 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COVISTA COMMUNICATIONS | UNSECURED | 4033.67 | .00 | 1970.08 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | SPECIAL CLASS | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1265.66 | .00 | 618.16 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 717.88 | .00 | 350.62 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOMETOWN AUTO CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT MORRIS COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOANS LLC | UNSECURED | 1345.33 | .00 | 657.07 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| TALK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| TOTAL CALL INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CREDIT NATIONAL B | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1703.34 | .00 | 831.93 |
| ZTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 87.13 | .00 | 42.56 |

```
AMERICAN GENERAL FINANCE   UNSECURED        1441.35              .00        703.97
ILLINOIS DEPT REVENUE      UNSECURED            .00              .00           .00
HSBC AUTO FINANCE          UNSECURED        7843.16              .00       3830.66
     Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   10050.00       .00     20602.05         .00      30652.05
PRINCIPAL PAID       10050.00       .00     10062.22         .00      20112.22
INTEREST PAID         2927.23       .00          .00         .00       2927.23
TOTAL PAID           12977.23       .00     10062.22         .00      23039.45
```

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    1135.55 .

Refunds to the Debtor totaled $    569.98 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/14/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE



                              PAGE   2
             CASE NO. 04 B 08123 LATACHIA G KINARD